# United States Court of Appeals
## For the First Circuit

No. 00-1234, 00-1342, 00-1343, 00-1344, 00-1345, 00-1399, 00-1400, 00-1401, 00-1402, 00-1403, 00-1404

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

WILLIAM M. DAVIS, et al.,

Defendant, Appellee.

ASHLAND, INC., et al., Appellant.

ERRATA SHEET

The opinion of this court issued on August 17, 2001, is amended as follows:

On the cover sheets of Volumes I and II, the following should be added as a fourth paragraph under listed counsel:

Mark O. Denehy, Joseph Avanzato, and Adler Pollock & Sheehan P.C., on the brief for appellees BASF Corporation, CNA Holdings, Inc., Dorr-Oliver Incorporated; Englehard Corporation, Johnson & Johnson, Lucent Technologies, Inc., Mine Safety Appliances Company, Ortho Diagnostics Systems, Inc., Ortho Pharmaceutical Corporation, Permacel, Inc., Quantum, Inc., and Warner-Lambert Company.